PAMELA E. COGAN (SBN 105089)
TINO XUAN DO (SBN 221346)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:  (650) 780-1701
Email:    pcogan@rmkb.com; tdo@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI NELL,<br><br>              Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, aka LIBERTY MUTUAL, the Insurer and Plan Fiduciary of the Wells Fargo & Company Long Term Disability Plan, an Employee Welfare Benefit Plan established pursuant to 29 U.S.C. 1001, et seq. (ERISA),<br><br>              Defendant. | Case No.  EDCV 13-00312 VAP (OPx)<br><br>**PROTECTIVE ORDER RESTRICTING DISSEMINATION OF DOCUMENTS AND RELATED DISCOVERY** |

## ORDER

Based on the foregoing Stipulation for Protective Order Restricting Dissemination of Documents and Related Discovery, and good cause appearing therefore, IT IS SO ORDERED.

Dated: October _8_ , 2013

By:_____
The Honorable Oswald Parada
UNITED STATES MAGISTRATE JUDGE

RC1/7151051.1/TXD

PROPOSED] PROTECTIVE ORDER RESTRICTING DISSEMINATION OF DOCUMENTS AND RELATED DISCOVERY; CASE NO. EDCV13-00312 VAP (OPX)